## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:05CV3112** |
| | ) | |
| **v.** | ) | **ORDER FOR EXTENSION** |
| | ) | **OF TIME TO SERVE SUMMONS** |
| **TONYA K. KAPPERMAN** | ) | **AND COMPLAINT** |
| **a/k/a TONYA KAYE KAPPERMAN,** | ) | |
| **n/k/a TONYA K. MOHR,** | ) | |
| **WILLIAM DAVID MOHR,** | ) | |
| **a/k/a WILLIAM MOHR; and** | ) | |
| **AURORA HOUSING DEVELOPMENT** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

Upon the Plaintiff's Motion for Extension of Time to Serve Summons and Complaint,

(filing 11), and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff is granted forty-five (45) days, until October

21, 2005, within which to complete service by United States Marshal upon Defendants Tonya K.

Kapperman, a/k/a Tonya Kaye Kapperman, n/k/a Tonya K. Mohr, and William David Mohr,

a/k/a William Mohr.

**DATED August 26, 2005.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**