IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:05CV3112 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| TONYA K. KAPPERMAN, ) | |
| a/k/a TONYA KAYE KAPPERMAN, ) | |
| n/k/a TONYA K. MOHR, ) | |
| WILLIAM DAVID MOHR, ) | |
| a/k/a WILLIAM MOHR, and ) | |
| AURORA HOUSING DEVELOPMENT ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Joint Stipulation of Dismissal requesting that the case be dismissed without prejudice. (Filing No. 17). The Joint Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). The Court, being fully advised in the premises, finds that dismissal is appropriate.

IT IS ORDERED:

1. The Joint Stipulation of Dismissal (Filing No. 17) is approved, and the relief requested therein is granted;

2. The Complaint is dismissed without prejudice; and

3. The parties shall bear their own costs and attorney's fees.

DATED this 24th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge